PEOPLE ex rel. BUHLER v. HUMPHREY, County Judge, Respondent. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) In the matter of the application of the people of the state of New York, on the relation of John Buhler, for a peremptory writ of mandamus against Burt Jay Humphrey, as county judge of Queens county. No opinion. Order affirmed, with $10 costs and disbursements.